# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Suddaby, Glenn T. | 2. Court or Organization<br><br>Northern District of New York | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>100 South Clinton Street<br>3rd Floor<br>Syracuse, New York 13261-7198 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | NYS & Local Employees Retirement System- Monthly Retirement payment | $22,572.00 |
| 2. 2018 | NYS Teachers' Retirement System (Pension) | $38,928.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo IRA -Cash account | A | Dividend | J | T | | | | | |
| 2. Wells Fargo-IRA 73shs ABBVIE,INC | A | Dividend | J | T | Buy (add'l) | 10/14/18 | J | | |
| 3. Wells Fargo IRA-36shs ALTRIA GROUP, INC | A | Dividend | J | T | | | | | |
| 4. Wells Fargo-IRA- 47shs AMERICAN ELECTRIC POWER INC | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 5. Wells Fargo-IRA-0shs APERGY CORP | A | Dividend | | | Spinoff (from line 11) | 05/09/18 | J | | |
| 6. Wells Fargo-IRA-0shs APERGY Corp | A | Dividend | | | Sold | 05/15/18 | J | A | |
| 7. Wells Fargo-IRA- 116shs AT&T | A | Dividend | J | T | | | | | |
| 8. Wells Fargo-IRA-102shs CISCO SYSTEMS INC | A | Dividend | J | T | Sold (part) | 7/18/18 | J | A | |
| 9. Wells Fargo-IRA-16shs DIAGO PLC | A | Dividend | J | T | | | | | |
| 10. Wells Fargo-IRA- 43Shs DOMINION RES INC | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 11. Wells Fargo-IRA- 45shs DOVER CORP | A | Dividend | J | T | | | | | |
| 12. Wells Fargo-IRA-80shs DU PONT E.I. | A | Dividend | J | T | | | | | |
| 13. Wells Fargo-IRA-44shs EXXON | A | Dividend | J | T | | | | | |
| 14. Wells Fargo-IRA- 27shs GENL DYNAMICS CORP | A | Dividend | J | T | | | | | |
| 15. Wells Fargo-IRA 49shs GENUINE PARTS CO | A | Dividend | J | T | | | | | |
| 16. Wells Fargo-IRA-34shs HASBRO, INC | A | Dividend | J | T | | | | | |
| 17. Wells Fargo-IRA- 45shs HOME DEPOT INC | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo-IRA- 35shs ILLINOIS TOOL WORKS INC | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 19. Wells Fargo-IRA- 126shs INTEL CORP | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 20. Wells Fargo-IRA-25shs IBM | A | Dividend | J | T | | | | | |
| 21. Wells Fargo- IRA 0shs INTERNATIONAL PAPER CO | A | Dividend | | | Sold | 11/08/18 | J | A | |
| 22. Wells Fargo-IRA- 50shs JOHNSON & JOHNSON | A | Dividend | J | T | Buy (add'l) | 10/03/18 | J | | |
| 23. Wells Fargo-IRA- 50shs JPMORGAN CHASE & CO | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 24. Wells Fargo-IRA- 30shs KIMBERLY-CLARK CORP | A | Dividend | J | T | | | | | |
| 25. Wells Fargo-IRA 24shs LOCKHEED MARTIN CORP | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 26. Wells Fargo-IRA- 18shs M&T BANK CORP | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 27. Wells Fargo-IRA- 64shs MAXIM INTEGRATED PRODS | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 28. Wells Fargo-IRA- 38shs MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 29. Wells Fargo-IRA-38shs MCDONALDS CORP | A | Dividend | J | T | Buy (add'l) | 11/07/18 | J | | |
| 30. Wells Fargo-IRA-97shs MERCK & CO | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 31. Wells Fargo-IRA-97shs MERCK & Co | A | Dividend | J | T | Buy (add'l) | 10/03/18 | J | | |
| 32. Wells Fargo-IRA- 0shs MICROCHIP TECHNOLOGY INC | A | Dividend | | | Sold | 10/09/18 | J | A | |
| 33. Wells Fargo-IRA- 72shs MICROSOFT CORP | A | Dividend | J | T | Buy (add'l) | 11/06/18 | J | | |
| 34. Wells Frago-IRA-20shs NEXTERA ENERGY INC | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wells Fargo-IRA-20shs NEXTERA ENERGY INC | A | Dividend | J | T | Sold (part) | 07/08/18 | J | A | |
| 36. Wells Fargo-IRA-44 shs NUCOR CORP | A | Dividend | J | T | Sold (part) | 07/08/18 | J | A | |
| 37. Wells Fargo-IRA- 201 shs PEOPLE"S UNITED FINANCL | A | Dividend | J | T | Sold (part) | 07/08/18 | J | A | |
| 38. Wells Fargo-IRA- 28shs PEPSICO INCORPORATED | A | Dividend | J | T | | | | | |
| 39. Wells Fargo-IRA- 159shs PFIZER INCORPORATED | A | Dividend | J | T | | | | | |
| 40. Wells Fargo-IRA- 37shs PHILLIPS 66 | A | Dividend | J | T | Sold (part) | 07/08/18 | J | A | |
| 41. Wells Fargo-IRA- 49shs PROCTOR & GAMBLE CO | A | Dividend | J | T | | | | | |
| 42. Wells Fargo-IRA 56shs THE SOUTHERN COMPANY | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 43. Wells Fargo-IRA-72shs TARGET | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 44. Wells Fargo-IRA- 40shs UNITED PARCEL SERVICE-B | A | Dividend | J | T | Sold (part) | 07/18/18 | J | | |
| 45. Wells Fargo-IRA- 83shs US BANCORP NEW USB | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 46. Wells Frago-IRA- 74shs VERIZON COMMUNICATIONS | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 47. Wells Fargo-IRA-74shs WALGREEN BOOTS ALLIANCE INC | A | Dividend | J | T | Buy (add'l) | 10/30/18 | J | | |
| 48. Wells Fargo-IRA 42shs WASTE MGMT INC DEL | A | Dividend | J | T | Sold (part) | 07/18/18 | K | A | |
| 49. Wells Fargo-IRA-74 shs WELLTOWER | A | Dividend | J | T | | | | | |
| 50. Wells Fargo IRA- Cash account | A | Int./Div. | J | T | | | | | |
| 51. Wells Fargo-IRA-305sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 03/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo-IRA-305sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 06/14/18 | J | | |
| 53. Wells Fargo-IRA-305sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 09/13/18 | J | | |
| 54. Wells Fargo-IRA-305sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |
| 55. Wells Fargo-IRA- 590shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 03/15/18 | J | | |
| 56. Wells Fargo-IRA- 590shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 06/14/18 | J | | |
| 57. Wells Fargo-IRA- 590shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 09/13/18 | J | | |
| 58. Wells Fargo-IRA- 590shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 12/19/18 | J | | |
| 59. Wells Fargo-IRA-735shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 60. Wells Fargo-IRA-735shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 06/18/18 | J | | |
| 61. Wells Fargo-IRA-735shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 09/17/18 | J | | |
| 62. Wells Fargo-IRA-735shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |
| 63. Wells Fargo-IRA-1319shs NEW PESEPECTIVE FD A | B | Dividend | L | T | Buy (add'l) | 12/24/18 | J | | |
| 64. Wells Fargo-IRA-267shs NEW WORLD FUND CLASS A | A | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |
| 65. Wells Fargo-IRA- 378shs SMALLCAP WORLD FD A | A | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |
| 66. Wells Fargo-IRA-429shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 67. Wells Fargo-IRA-429shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 06/14/18 | J | | |
| 68. Wells Fargo-IRA-429shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 09/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo-IRA-429shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 12/22/18 | J | | |
| 70. NW Mutual Life (Whole Life Policy) | A | Dividend | M | T | | | | | |
| 71. Key Privilege Select Checking (X) | A | Int./Div. | J | T | Sold (part) | 12/31/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Glenn T. Suddaby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544